IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | No. 08-535 |
| HENNARD BENNETT | : | |

## ORDER

AND NOW, this 8th day of April, 2010, it is ORDERED Defendant Hennard Bennett's Motion to Suppress Physical Evidence (Document 16) is DENIED.

It is further ORDERED Bennett's Motion to Suppress Out-of-Court and In-Court Identifications (Document 17) is GRANTED in part and DENIED in part. Bennett's motion to suppress the out-of-court and in-court identifications by Mary Thorne-Tucker is DENIED. His motion to suppress the out-of-court identification by Erica Jefferson is GRANTED, such identification is SUPPRESSED.

It is further ORDERED Bennett's Supplemental Motion to Suppress Physical Evidence (Document 24) is GRANTED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.